UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA ANDRACKI, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-709 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ALANA LIVINGSTON and | ) | |
| LIBERTY MUTUAL GROUP, INC., | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court concluded that it lacks subject matter jurisdiction over this lawsuit and has

ordered it remanded to the Eaton County Circuit Court.  As required by Rule 58 of the

Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:    October 26, 2021                          /s/  Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge